UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-                                               Case No. 2:22-mj-731

**Justin Robert Foley**

## COURTROOM MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | 11/9/2022 at 1:30 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Emily Czerniejewski / Jennifer Rausch |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Soma Dutta |
| INTERPRETER: |  | Pretrial/Probation | Daniela Escamilla H. |

Initial Appearance

-CJA financial affidavit completed; Counsel appointed
-Dft advised of rights, charges, and potential penalties
-Defendant waives right to detention hearing at this time
-Preliminary Hearing set for 11/23/2022 at 1:30 PM
-Govt advised of Due Process Protections Act Order
-Dft remanded to custody of USMS